UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| PGI POLYMER, INC., <br><br> Plaintiff, <br><br> v. <br><br> CHURCH & DWIGHT CO., INC. <br> KARMIN GROUP a/k/a Le GROUPE <br> KARMIN, KARMIN INDUSTRIES, <br> LAMI PRODUCTS, INC. and <br> BI-LO, LLC, <br><br> Defendants. | Civil Action No.: <br> 3:15-CV-0214 (FDW)(DSC) |

## NOTICE OF SUBSTITUTION OF COUNSEL

**COMES NOW** the undersigned, pursuant to LCvR 83.1(g), and hereby gives Notice to the Court and the Parties of the following Substitution of Counsel for and on behalf of **Lami Products, Inc.**:

Current Counsel:

>Albert Peter Allan
>Allan IP Litigation
>409 East Boulevard
>Charlotte, NC 28203
>704-371-5605
>704-372-7411 (fax)
>alallan@allaniplitigation.com

Substitution Counsel:

        Jeffrey A. Lindenbaum (Lead Counsel)
        Admitted *Pro Hac Vice*
        COLLEN IP
        The Holyoke-Manhattan Building
        80 South Highland Avenue
        Ossining, New York 10562
        Telephone: (914) 941 5668
        Facsimile: (914) 941-6091
        E-mail: jlindenbaum@collenip.com


        Matthew J. Ladenheim (Local Counsel)
        NC State Bar No. 29309
        TREGO HINES & LADENHEIM, PLLC
        9300 Harris Corners Parkway Suite 210
        Charlotte, North Carolina 28269
        Telephone: 704-599-8911
        Facsimile: 704-599-8719
        E-mail:mjl@thlip.com


In accordance with LCvR 83.1(g) the Court and the Parties are requested to take notice of the substitution.

        Respectfully submitted,

This, the 30th day of September, 2015.

**TREGO, HINES & LADENHEIM, PLLC**


        /s/ Matthew J. Ladenheim
        Matthew J. Ladenheim
        NC State Bar No. 29309
        TREGO HINES & LADENHEIM, PLLC
        9300 Harris Corners Parkway Suite 210
        Charlotte, North Carolina 28269
        Telephone:    704-599-8911
        Facsimile:     704-599-8719
        E-mail:        mjl@thlip.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 30, 2015, a true and correct copy of the foregoing Notice of Substitution of Counsel was served upon counsel of record in this case via CM/ECF.

Respectfully submitted,

This, the 30th day of September, 2015.

**TREGO, HINES & LADENHIEM, PLLC**

/s/ Matthew J. Ladenheim
Matthew J. Ladenheim
NC State Bar No. 29309
TREGO HINES & LADENHEIM, PLLC
9300 Harris Corners Parkway Suite 210
Charlotte, North Carolina 28269
Telephone:   704-599-8911
Facsimile:   704-599-8719
E-mail:      mjl@thlip.com