UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:15-cv-00214-FDW-DSC

| | |
|---|---|
| PGI POLYMER, INC.,<br><br>    Plaintiff,<br><br>vs.<br><br>CHURCH & DWIGHT CO., INC., KARMIN GROUP, KARMIN INDUSTRIES, BI-LO, LLC, & LaMi PRODUCTS, INC.<br><br>    Defendants. | ORDER |

THIS MATTER is before the Court *sua sponte* concerning the Parties' proposals for Plaintiff's Preliminary Injunction against Defendants Church & Dwight Co., Inc., Karmin Group, Karmin Industries, and Bi-Lo LLC (Doc. 2). Because Defendants dispute such a considerable amount of the content of Plaintiff's proposed order, the Court hereby Orders Plaintiff to submit its Reply to Defendants counter-proposed Preliminary Injunction no later than **11:59 p.m. Wednesday, October 7, 2015**.

The Court notes that Plaintiff already has been instructed to limit discussion in its Proposed Order to the Preliminary Injunction factors, and to which of Defendants' proposed revisions it consents. Any disagreements with Defendants' proposed revisions need only be noted, not argued, to the Court.

**IT IS SO ORDERED.**

Signed: October 5, 2015

Frank D. Whitney
Chief United States District Judge