UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| PGI POLYMER, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CHURCH & DWIGHT CO., INC., et al. ) <br> ) <br> Defendants. ) <br> ) | Civil Action <br> No. 3:15-cv-00214-FDW-DSC |

**PLAINTIFF'S SECOND AMENDED CORPORATE DISCLOSURES**

Pursuant to Rule 7.1, Federal Rules of Civil Procedure, Plaintiff PGI Polymer, Inc. amends its corporate disclosures as follows:

Plaintiff is not a publicly held corporation or other publicly held entity. Berry Plastics Corporation, a publicly held corporation, wholly owns AVINTIV, Inc., of which PGI Polymer, Inc. is a wholly owned division.

Dated: October 22, 2015  
s/ Jason M. Sneed  
Jason M. Sneed, Esq. (NC Bar No. 29593)  
Sarah C. Hsia, Esq. (admitted *pro hac vice*)  
SNEED PLLC  
610 Jetton St., Suite 120-107  
Davidson, North Carolina 28036  
Tel.: 844-763-3347  
Email: JSneed@SneedLegal.com  
Sarah@SneedLegal.com

*Attorneys for Plaintiff PGI Polymer, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on October 22, 2015, I electronically filed the foregoing *Plaintiff's Second Amended Corporate Disclosures* with the Clerk of Court using the CM/ECF system. Service of the same on Defendants will be accomplished through the Notice of Electronic Filing, in accordance with LCvR 5.3.

s/ Jason M. Sneed
Jason M. Sneed, Esq. (NC Bar No. 29593)
SNEED PLLC
610 Jetton St., Suite 120-107
Davidson, North Carolina 28036
Tel.: 844-763-3347
Email: JSneed@SneedLegal.com

*Attorney for Plaintiff PGI Polymer, Inc.*
