# Exhibit A

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| PGI POLYMER, INC., <br><br> Plaintiff, <br><br> v. <br><br> CHURCH & DWIGHT CO., INC. <br> KARMIN GROUP a/k/a Le GROUPE KARMIN, <br> KARMIN INDUSTRIES, <br> LAMI PRODUCTS, INC. and <br> BI-LO, LLC, <br><br> Defendants. | Civil Action No.: <br> 3:15-CV-0214 (FDW)(DSC) |

## DECLARATION OF JEFFREY A. LINDENBAUM

I, Jeffrey A. Lindenbaum, declare as follows:

1. I am a partner of the law firm Collen IP, counsel for Defendants Church & Dwight Co., Inc., Karmin Group a/k/a/ Le Groupe Karmin, Karmin Industries, and Lami Products, Inc. in the above-captioned action. I submit this declaration in support of Defendants' Opposition to Plaintiff's Motion for Leave to File Second Amended Complaint. The facts set forth in this Declaration are personally known to me and I have firsthand knowledge thereof. If called as a witness, I could and would competently testify to all facts within my personal knowledge.

2. In response to Plaintiff's request for information regarding entities involved in the chain of distribution of alleged infringing goods at issue in this matter, I disclosed the names of Boscov's Department Stores, LLC, Delhaize America, LLC, Lami Products, Inc., Regent Products Corp., and X-S Merchandise, Inc. to Plaintiff on August 19, 2015.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed November 2, 2015
New York

                                                                                                                   _s/ Jeffrey A. Lindenbaum_____
                                                                                                                    Jeffrey A. Lindenbaum