# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:15-CV-00214-FDW-DSC

|  |  |  |
|---|---|---|
| **PGI POLYMER, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **CHURCH & DWIGHT CO., INC., et. al.,** | ) | |
| | ) | |
| | ) | |
| **Defendants.** | ) | |

**THIS MATTER** is before the Court on Plaintiff's "Motion for Leave to Amend" (document # 60) filed October 14, 2015 and the parties' briefs and exhibits. Plaintiff seeks to add certain distributors and retailers who have been recently identified as entities distributing or selling the infringing goods as Defendants in this matter. These include Southeastern Grocers, LLC, Winn-Dixie Stores, Inc., Samson Merger Sub, LLC d/b/a Harveys Supermarkets, Boscov's Department Stores, LLC, Delhaize America LLC, X-S Merchandise, Inc., and Regent Products, Inc. The Motion was filed within the deadline set by the Case Management Order (document #59) for amending the Complaint and adding additional parties.

For the reasons stated in Plaintiff's briefs, the Motion will be granted.

**IT IS HEREBY ORDERED** that:

1.  Plaintiff's "Motion for Leave to Amend" (document # 60) is **GRANTED**. Plaintiff shall file its Amended Complaint within five (5) days of this Order.

2.    The Clerk is directed to send copies of this Order to counsel for the parties, including

but not limited to moving counsel; and to the Honorable Frank D. Whitney.

**SO ORDERED**.

Signed: November 12, 2015

David S. Cayer
United States Magistrate Judge