IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:15-cv-00214-FDW-DSC

| | |
|---|---|
| PGI POLYMER, INC., | ) |
|     Plaintiff/Counterclaim Defendant, | ) |
|     v. | ) |
| CHURCH & DWIGHT CO., INC., KARMIN GROUP a/k/a Le GROUPE KARMIN, KARMIN INDUSTRIES, LAMI PRODUCTS, INC., and BI-LO, LLC, | ) |
|     Defendants/Counterclaimants | ) |
| SOUTHEASTERN GROCERS, LLC, WINN-DIXIE STORES, INC., SAMSON MERGER SUB, LLC, BOSCOV'S DEPT. STORE, LLC, DELHAIZE AMERICA, LLC, X-S MERCHANDISE, INC., and REGENT PRODUCTS, INC. | ) |
|     Defendants. | ) |

## **ORDER**

**THIS MATTER** comes before the Court on the Joint Motion of Plaintiff PGI Polymer, Inc., and Defendants/Counterclaimants Church & Dwight Co., Inc., Karmin Group, Karmin Industries, BI-LO LLC and LaMi Products, Inc., to modify the deadlines set forth in the Case Management Order. After conferring with the chambers of the Honorable Frank D. Whitney, the Court will grant the Motion. The deadlines set forth in the Case Management Order are extended as follows:

1

| Deadline | Date |
|---|---|
| Expert Reports | January 15, 2016 |
| Discovery Completion | January 29, 2016 |
| ADR | February 5, 2016 |
| Dispositive Motions | March 4, 2016 |
| Dispositive Motions Hearing | April 4-15, 2016 (unchanged) |
| Trial Setting | May 2-20, 2016 (unchanged) |

**SO ORDERED**.

Signed: November 23, 2015

_____

David S. Cayer
United States Magistrate Judge