UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| PGI POLYMER, INC.,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>CHURCH & DWIGHT CO., INC. et al.<br><br>　　　　　　　　Defendants. | Civil Action No.:<br>3:15-CV-0214 (FDW)(DSC) |

## NOTICE OF APPEARANCE

**TO: The Clerk of Court and all Parties of record:**

I am admitted or otherwise authorized to practice in this Court, and I hereby appear in this case as counsel for Defendants/CC Plaintiffs Southeastern Grocers, LLC, Winn-Dixie Stores, Inc. and Samson Merger Sub, LLC.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

This the 15th day of December, 2015

　　　　　　　　　　　　　　　　　　**COLLEN IP**

　　　　　　　　　　　　　　　　　　/s/Jeffrey A. Lindenbaum
　　　　　　　　　　　　　　　　　　Jeffrey A. Lindenbaum
　　　　　　　　　　　　　　　　　　*Admitted Pro Hac Vice*
　　　　　　　　　　　　　　　　　　COLLEN IP
　　　　　　　　　　　　　　　　　　The Holyoke-Manhattan Building
　　　　　　　　　　　　　　　　　　80 South Highland Avenue
　　　　　　　　　　　　　　　　　　Ossining, New York 10562
　　　　　　　　　　　　　　　　　　Telephone: (914) 941 5668
　　　　　　　　　　　　　　　　　　Facsimile: (914) 941-6091
　　　　　　　　　　　　　　　　　　E-mail: jlindenbaum@collenip.com
　　　　　　　　　　　　　　　　　　*Counsel for Defendants/Counterclaim Plaintiffs*
　　　　　　　　　　　　　　　　　　*Southeastern Grocers, LLC, Winn-Dixie Stores, Inc.*
　　　　　　　　　　　　　　　　　　*and Samson Merger Sub, LLC*

## CERTIFICATE OF FILING AND SERVICE

      I, Matthew J. Ladenheim hereby certify that I caused a true and correct copy of the foregoing Notice Appearance to be filed with the Court using its ECF system, which will send notification to all counsel of record.

Respectfully submitted,

This the 15th day of December, 2015

**TREGO, HINES & LADENHIEM, PLLC**

/s/ Matthew J. Ladenheim
Matthew J. Ladenheim
NC State Bar No. 29309
TREGO HINES & LADENHEIM, PLLC
9300 Harris Corners Parkway Suite 210
Charlotte, North Carolina 28269
Telephone: 704-599-8911
Facsimile: 704-599-8719
E-mail:mjl@thlip.com

*Counsel for Defendants/Counterclaim Plaintiffs Southeastern Grocers, LLC, Winn-Dixie Stores, Inc. and Samson Merger Sub, LLC*

2