IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:15-CV-00214-FDW-DSC

| | |
|---|---|
| PGI POLYMER, INC., <br><br> Plaintiff, <br><br> CHURCH & DWIGHT CO., INC., KARMIN GROUP a/k/a Le GROUPE KARMIN, KARMIN INDUSTRIES, LAMI PRODUCTS, INC., BI-LO, LLC, SOUTHEASTERN GROCERS, LLC, WINN-DIXIE STORES, INC., SAMSON MERGER SUB, LLC, BOSCOV'S DEPARTMENT STORE, LLC, DELHAIZE AMERICA, LLC, X-S MERCHANDISE, INC., and REGENT PRODUCTS, INC. <br><br> Defendants. | DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION |

Only one form needs to be completed for each nongovernmental party even if the party is represented by more than one attorney. Disclosures must be filed on behalf of nongovernmental corporate parties. Counsel have a continuing duty to update this information. An executed form should be electronically-filed. Plaintiff or moving party must serve this form on the defendant(s) or respondent(s) when initial service is made.

 DELHAIZE AMERICA, LLC,          who is  Defendant
*(Name of Party)*                                    *(Plaintiff / moving party or defendant)*
makes the following disclosure:

1. Is the party a publicly held corporation or other publicly-held entity?
   Yes          No X

2. Does the party have any parent corporations?
   Yes X          No

   If yes, identify all parent corporations, including grandparent and great- grandparent corporations:

   Delhaize Group S.A./N.V., Delhaize U.S. Holdings, Inc., Delhaize The Lion, LLC

3. Is 10% or more of the stock of a party owned by a publicly-held corporation or other publicly-held entity?
   Yes X           No

   If yes, identify all such owners:

   Delhaize Group S.A./N.V.

4. Is there any other publicly-held corporation or other publicly-held entity that has a direct financial interest in the outcome of the litigation?
   Yes            No X

   If yes, identify entity and nature of interest:

Date: December 15, 2015                **HUNTON & WILLIAMS LLP**

/s/ Ryan G. Rich
Frank E. Emory, Jr., N.C. Bar No. 10316
Ryan G. Rich, N.C. Bar No. 37015
101 South Tryon Street, Suite 3500
Charlotte, NC 28280
(704) 378-4700
femory@hunton.com
rrich@hunton.com

Torsten M. Kracht
2200 Pennsylvania Avenue, NW
Washington, DC 20037
(202) 955-1500
tkracht@hunton.com

*Counsel for Defendant Delhaize America, LLC*