IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:15-CV-00214-FDW-DSC

| | |
|---|---|
| PGI POLYMER, INC., )<br>)<br>Plaintiff, )<br>)<br>CHURCH & DWIGHT CO., INC., KARMIN )<br>GROUP a/k/a Le GROUPE KARMIN, )<br>KARMIN INDUSTRIES, LAMI PRODUCTS, )<br>INC., BI-LO, LLC, SOUTHEASTERN )<br>GROCERS, LLC, WINN-DIXIE STORES, )<br>INC., SAMSON MERGER SUB, LLC, )<br>BOSCOV'S DEPARTMENT STORE, LLC, )<br>DELHAIZE AMERICA, LLC, X-S )<br>MERCHANDISE, INC., and REGENT )<br>PRODUCTS, INC. )<br>)<br>Defendants. ) | **NOTICE OF APPEARANCE<br>OF COUNSEL** |

NOTICE IS HEREBY GIVEN that Ryan G. Rich of the firm Hunton & Williams LLP, Bank of America Plaza, Suite 3500, 101 South Tryon Street, Charlotte, North Carolina, 28280, hereby appears as counsel for Defendant Delhaize America, LLC in the above-referenced proceeding. Going forward, please serve the undersigned counsel for Defendant Delhaize America, LLC with all papers filed or served in this proceeding.

This the 16th day of December 2015.

/s/ Ryan G. Rich
Frank E. Emory, Jr., N.C. Bar No. 10316
Ryan G. Rich, N.C. Bar No. 37015
101 South Tryon Street, Suite 3500
Charlotte, NC 28280
(704) 378-4700
femory@hunton.com
rrich@hunton.com

Torsten M. Kracht (*pro hac vice* pending)
2200 Pennsylvania Avenue, NW
Washington, DC 20037
(202) 955-1500
tkracht@hunton.com

*Counsel for Defendant Delhaize America, LLC*

## CERTIFICATE OF SERVICE

      I hereby certify that on this 16th day of December 2015, I caused a copy of the foregoing **NOTICE OF APPEARANCE OF COUNSEL** to be electronically filed with the Clerk of Court using the CM/ECF system which will send an electronic notification to each of the parties in this case:

                                  /s/ Ryan G. Rich