IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:15-CV-00214-FDW-DSC

| | |
|---|---|
| PGI POLYMER, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| CHURCH & DWIGHT CO., INC., KARMIN GROUP a/k/a Le GROUPE KARMIN, KARMIN INDUSTRIES, LAMI PRODUCTS, INC., BI-LO, LLC, SOUTHEASTERN GROCERS, LLC, WINN-DIXIE STORES, INC., SAMSON MERGER SUB, LLC, BOSCOV'S DEPARTMENT STORE, LLC, DELHAIZE AMERICA, LLC, X-S MERCHANDISE, INC., and REGENT PRODUCTS, INC. | ) ) ) ) ) ) ) ) ) ) NOTICE OF APPEARANCE OF COUNSEL |
| Defendants. | ) |

NOTICE IS HEREBY GIVEN that Frank E. Emory, Jr. of the firm Hunton & Williams LLP, Bank of America Plaza, Suite 3500, 101 South Tryon Street, Charlotte, North Carolina, 28280, hereby appears as counsel for Defendant Delhaize America, LLC in the above-referenced proceeding. Going forward, please serve the undersigned counsel for Defendant Delhaize America, LLC with all papers filed or served in this proceeding. Ryan G. Rich remains as counsel for Defendant Delhaize America, LLC.

This the 16th day of December 2015.

/s/ Frank E. Emory, Jr.
Frank E. Emory, Jr., N.C. Bar No. 10316
101 South Tryon Street, Suite 3500
Charlotte, NC 28280
(704) 378-4700
femory@hunton.com

*Counsel for Defendant Delhaize America, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of December 2015, I caused a copy of the foregoing **NOTICE OF APPEARANCE OF COUNSEL** to be electronically filed with the Clerk of Court using the CM/ECF system which will send an electronic notification to each of the parties in this case:

//s/ Frank E. Emory, Jr.