

# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA

PGI POLYMER, INC.,                              )
                                                )
vs.                                             )   **Case No.** 3:15-CV-00214-FDW-D
                                                )
CHURCH & DWIGHT CO., INC., et al.,              )

## APPLICATION FOR ADMISSION TO PRACTICE PRO HAC VICE

I, _____Ryan G. Rich_____, am a member in good standing of the bar of this Court. Pursuant to the admission requirements in Local Rule 83.1B I am moving for the pro hac vice admission the following attorney:

**FULL NAME:** Tortsen M. Kracht

**BUSINESS ADDRESS (include firm name):** Hunton & Williams, LLP, 2200 Pennsylvania Avenue, NW

**CITY:** Washington     **STATE:** D.C.     **ZIP:** 20037

**OFFICE TELEPHONE:** ( 202 ) 955-1500     **FAX NUMBER:** ( 202- ) 778-2201

**E-MAIL ADDRESS (*required*):**

tkracht@hunton.com

This attorney will be representing:

DELHAIZE AMERICA, LLC, Defendant

We certify that:

- The proposed admittee is not a member of the North Carolina bar and does not maintain any law office in North Carolina.
- The proposed admittee has never had a *pro hac vice* admission or admission in any other bar revoked.
- The proposed admittee is a member in good standing of the bars of either the United States Court in: SDNY, EDNY, WDNY, DNJ, D.Co., D.Md, N.D. Ill. , and/or the highest court of the State of New York , New Jersey , and/or the District of Columbia Bar.
- The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.
- The proposed admittee has established or will upon his/her *pro hac vice* admission proceed to immediately establish an ECF account with the Western District of N.C.
- The undersigned movant will serve as co-counsel in these proceedings and will attend all hearings with the proposed admittee unless otherwise permitted by the Court.
- **The $276.00 fee for admission *pro hac vice* is being submitted with the filing of this motion.**

Respectfully submitted,

/s/ Ryan G. Rich
**Signature:**

Ryan G. Rich
**Printed Name**

HUNTON & WILLIAMS LLP
**Firm**

101 South Tryon Street, Suite 3500
**Street Address**

Charlotte, NC 28280
**City, State, Zip**

(704) 378-4700
**Telephone Number**

(704) 378-4890
**Fax Number**

rrich@hunton.com
**E-Mail Address**