IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:15-cv-00214-FDW-DSC

| | |
|---|---|
| PGI POLYMER, INC., | ) |
| | ) |
| Plaintiff/Counterclaim Defendant, | ) |
| | ) |
| v. | ) |
| | ) |
| CHURCH & DWIGHT CO., INC., | ) |
| KARMIN GROUP a/k/a Le GROUPE KARMIN, | ) |
| KARMIN INDUSTRIES, | ) |
| LAMI PRODUCTS, INC., and | ) |
| BI-LO, LLC, | ) |
| | ) |
| Defendants/Counterclaimants | ) |
| | ) |
| SOUTHEASTERN GROCERS, LLC, | ) |
| WINN-DIXIE STORES, INC., SAMSON | ) |
| MERGER SUB, LLC, BOSCOV'S DEPT. | ) |
| STORE, LLC, DELHAIZE AMERICA, LLC, X-S | ) |
| MERCHANDISE, INC., and REGENT | ) |
| PRODUCTS, INC. | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

**THIS MATTER** is before the Court on the "Application for Admission to Practice Pro Hac Vice [for Tortsen M. Kracht]" (document #87). For the reasons stated therein, the Motion is granted.

All counsel are advised that local counsel must sign all documents submitted to the Court and as such are accountable for the substance of such submissions under Rule 11 of the Federal Rules of Civil Procedure.

**SO ORDERED**.

Signed: December 17, 2015

David S. Cayer
United States Magistrate Judge