UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| PGI POLYMER, INC., <br><br> Plaintiff, <br><br> v. <br><br> CHURCH & DWIGHT CO., INC. et al. <br><br> Defendants. | Civil Action No.: <br> 3:15-CV-0214 (FDW)(DSC) |

## NOTICE OF APPEARANCE

**TO: The Clerk of Court and all Parties of record:**

I, Matthew J. Ladenheim, am admitted or otherwise authorized to practice in this Court, and I hereby appear in this case as counsel for Defendant/CC Plaintiff X-S Merchandise, Inc.

Respectfully submitted,

This the 6th day of January, 2016.

**TREGO, HINES & LADENHEIM, PLLC**

/s/Matthew J. Ladenheim
Matthew J. Ladenheim
NC State Bar No. 29309
TREGO HINES & LADENHEIM, PLLC
9300 Harris Corners Parkway Suite 210
Charlotte, North Carolina 28269
Telephone: 704-599-8911
Facsimile: 704-599-8719
E-mail:mjl@thlip.com

*Counsel for Defendant/Counterclaim Plaintiff*
*X-S Merchandise, Inc.*

# CERTIFICATE OF FILING AND SERVICE

      I, Matthew J. Ladenheim hereby certify that I caused a true and correct copy of the foregoing Notice Appearance to be filed with the Court using its ECF system, which will send notification to all counsel of record.

Respectfully submitted,

This the 6th day of January, 2016.

**TREGO, HINES & LADENHEIM, PLLC**

/s/ Matthew J. Ladenheim
Matthew J. Ladenheim
NC State Bar No. 29309
TREGO HINES & LADENHEIM, PLLC
9300 Harris Corners Parkway Suite 210
Charlotte, North Carolina 28269
Telephone: 704-599-8911
Facsimile: 704-599-8719
E-mail:mjl@thlip.com

*Counsel for Defendant/Counterclaim Plaintiff*
*X-S Merchandise, Inc.*