UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:15-cv-00214-FDW-DSC

|   |   |
|---|---|
| PGI POLYMER, INC., | ) |
|     Plaintiff/Counterclaim Defendant, | ) |
| v. | ) |
| CHURCH & DWIGHT CO., INC., KARMIN GROUP, a/k/a LE GROUPE KARMIN, KARMIN INDUSTRIES, LAMI PRODUCTS, INC., BI-LO, LLC, SOUTHEASTERN GROCERS, LLC, WINN-DIXIE STORES, INC., SAMSON MERGER SUB, LLC, BOSCOV'S DEPARTMENT STORE, LLC, and X-S MERCHANDISE, INC., | ) |
|     Defendants/Counterclaimants, | ) |
| and | ) |
| DELHAIZE AMERICA, LLC, and REGENT PRODUCTS, INC., | ) |
|     Defendants | ) |

## NOTICE OF DISMISSAL OF REGENT PRODUCTS, INC. WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff PGI Polymer, Inc. hereby dismisses all claims set forth in its Second Amended Complaint (Docket No. 72) against Defendant Regent Products, Inc. without prejudice.

Dated: January 7, 2016

                                                s/ Jason M. Sneed
                                                Jason M. Sneed, Esq. (NC Bar No. 29593)
                                                Sarah C. Hsia, Esq.,
                                                    *of counsel* (admitted *pro hac vice*)
                                                SNEED PLLC

610 Jetton St., Suite 120-107
Davidson, North Carolina 28036
Tel.: 844-763-3347
Email: JSneed@SneedLegal.com
Sarah@SneedLegal.com

*Attorneys for Plaintiff, PGI Polymer, Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that on January 7, 2016, I electronically filed the foregoing *Notice of Dismissal of Regent Products, Inc. Without Prejudice* with the Clerk of Court using the CM/ECF system. Service of the same on all Defendants except Regent Products, Inc. will be accomplished through the Notice of Electronic Filing, in accordance with LCvR 5.3. The *Notice of Dismissal of Regent Products, Inc. Without Prejudice* is being served on Regent Products, Inc., by U.S. Mail, postage prepaid, sent to the following address:

> Regent Products, Inc.
> c/o Charles V. McPhillips
> Kaufman & Canoles PC
> 150 W. Main St. Ste. 2100
> Norfolk, VA 23510

This the 7th day of January 2016.

> s/ Jason M. Sneed
> Jason M. Sneed, Esq. (NC Bar No. 29593)
> SNEED PLLC
> 610 Jetton St., Suite 120-107
> Davidson, North Carolina 28036
> Tel.: 844-763-3347
> Email: JSneed@SneedLegal.com
>
> *An attorney for Plaintiff PGI Polymer, Inc.*