UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| PGI POLYMER, INC.,<br><br>       Plaintiffs<br><br>       v.<br><br>CHURCH & DWIGHT CO., INC. et al.<br><br>       Defendants/Counterclaim Plaintiffs | Civil Action No.:<br>3:15-CV-0214 (FDW)(DSC) |

**APPLICATION FOR ADMISSION TO PRACTICE PRO HAC VICE**

I, Jason M. Sneed, am a member in good standing of the bar of this Court. Pursuant to the admission requirements in Local Rule 83.1B, I am moving for the *pro hac vice* admission of the following attorney:

Neal Benjamin Hayes
SNEED PLLC
610 Jetton Street, Suite 120-107
Davidson, NC 28036
(937) 532-6002
NHayes@SneedLegal.com

This attorney will be representing PGI Polymer, Inc., in the above-captioned litigation.

We certify that:

- The proposed admittee is not a member of the North Carolina bar. He moved to North Carolina in March to begin working for SNEED PLLC, and he plans to register for and sit for the North Carolina bar examination at his earliest opportunity.
- The proposed admittee has never had a *pro hac vice* admission or admission in any other bar revoked.
- The proposed admittee is a member in good standing of the bars of the United States Court of Appeals for the Sixth Circuit, the United States District Courts for the Eastern and Western Districts of Kentucky, and the Supreme Court of Kentucky.
- The proposed admittee understands that admission *pro hac vice* is for this case only and does not constitute formal admission to the bar of this Court.

- The proposed admittee will upon his *pro hac vice* admission proceed to immediately establish an ECF account with the Western District of North Carolina.
- The undersigned movant will serve as co-counsel in these proceedings and will attend all hearings with the proposed admittee unless otherwise permitted by the Court.
- The $276.00 fee for admission *pro hac vice* is being submitted with the filing of this motion.

Respectfully submitted,

s/ Jason M. Sneed
SNEED PLLC
610 Jetton Street
Suite 120-107
Davidson, NC 28036
(844) 763-3347
JSneed@SneedLegal.com