UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| PGI POLYMER, INC., ) <br> ) <br> Plaintiffs ) <br> ) <br> v. ) <br> ) <br> ) <br> CHURCH & DWIGHT CO., INC. et al. ) <br> ) <br> Defendants/Counterclaim ) <br> Plaintiffs ) | Civil Action No.: <br> 3:15-CV-0214 (FDW)(DSC) |

**APPLICATION FOR ADMISSION TO PRACTICE PRO HAC VICE**

I, Jason M. Sneed, am a member in good standing of the bar of this Court. Pursuant to the admission requirements in Local Rule 83.1B, I am moving for the *pro hac vice* admission of the following attorney:

> Charles Marvin Landrum III
> Charles M. Landrum III, P.C.
> 5101 Old Highway 5, #263
> Lebanon, GA 30146
> (404) 993-3363
> CLandrum@SneedLegal.com

This attorney will be representing PGI Polymer, Inc., in the above-captioned litigation.

We certify that:

- The proposed admittee is not a member of the North Carolina bar and does not maintain any law office in North Carolina.
- The proposed admittee has never had a *pro hac vice* admission or admission in any other bar revoked.
- The proposed admittee is a member in good standing of the bars of either the United States Court in the Middle District of Georgia, and/or the highest court of the State of Georgia, and/or the District of Columbia Bar.
- The proposed admittee understands that admission *pro hac vice* is for this case only and does not constitute formal admission to the bar of this Court.

- The proposed admittee will upon his *pro hac vice* admission proceed to immediately establish an ECF account with the Western District of North Carolina.
- The undersigned movant will serve as co-counsel in these proceedings and will attend all hearings with the proposed admittee unless otherwise permitted by the Court.
- The $276.00 fee for admission *pro hac vice* is being submitted with the filing of this motion.

Respectfully submitted,

s/ Jason M. Sneed
SNEED PLLC
610 Jetton Street
Suite 120-107
Davidson, NC 28036
(844) 763-3347
JSneed@SneedLegal.com