IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:15-cv-00214-FDW-DSC

| | |
|---|---|
| PGI POLYMER, INC., | ) |
| Plaintiff/Counterclaim Defendant, | ) |
| v. | ) |
| CHURCH & DWIGHT CO., INC., et. al., | ) |
| Defendants/Counterclaimants | ) |

## ORDER

**THIS MATTER** is before the Court on the "Application[s] for Admission to Practice Pro Hac Vice [for Neal Benjamin Hayes and Charles Marvin Landrum III]" (documents ##100 and 101). For the reasons stated therein, the Motions are <u>granted</u>.

<u>All counsel are advised that local counsel must sign all documents submitted to the Court and as such are accountable for the substance of such submissions under Rule 11 of the Federal Rules of Civil Procedure.</u>

**SO ORDERED**.

Signed: January 12, 2016

_David S. Cayer_
United States Magistrate Judge