## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

| | |
|---|---|
| PGI POLYMER, INC., | Civil Action No.: |
| Plaintiff, | 3:15-CV-0214 (FDW)(DSC) |
| v. | |
| CHURCH & DWIGHT CO., INC., ET AL. | |
| Defendants | |

## STIPULATION TO TAKE DEPOSITIONS
## OUTSIDE OF THE DISCOVERY PERIOD

Pursuant to Paragraph 1(b) of the Case Management Plan [D.E. 59] and Fed. R. Civ. P.

29, the Parties Stipulate that the following depositions shall be taken outside of the discovery

period, and during the month of February, 2016:

- Karmin Industries (Rule 30(b)(6))

- Karmin Group (Rule 30(b)(6))

- Church & Dwight, Co., Inc.. (Rule 30(b)(6))

- PGI Polymer, Inc. (Rule 30(b)(6))

- Clorox Company (Rule 30(b)(6))(third party subpoena)

- Rick Jezzi (Defendants' expert)

- George Mantis (Defendants' expert)

- Basil Englis (Plaintiff's expert)

- Any other rebuttal expert witnesses disclosed by the parties.

January 29, 2016

Stipulated, Agreed and
Respectfully Submitted,

s/Charles Landrum
Jason M. Sneed, Esq. (NC Bar No. 29593)
Charles Landram, Esq., (admitted *pro hac vice*)
Neal B. Hayes, Esq. (admitted *pro hac vice*)
SNEED PLLC
610 Jetton St., Suite 120-107
Davidson, North Carolina, 28036
Tel: (844) 763-3347
Email: JSneed@SneedLegal.com
        CLandrum@SneedLegal.com
        NHayes@SneedLegal.com
*Attorneys for Plaintiff*


Stipulated, Agreed and
Respectfully Submitted,

 s/ Jeffrey A. Lindenbaum

Jeffrey A. Lindenbaum, Esq. (admitted *pro hac vice*)
Collen IP
The Holyoke-Manhattan Building
80 South Highland Ave.
Ossining-on-Hudson, NY 10562
*jlindenbaum@collenip.com*

*Attorneys for Defendants / Counterclaimants*

**CERTIFICATE OF FILING AND SERVICE**

I, Matthew J. Ladenheim hereby certify that I caused a true and correct copy of the foregoing STIPULATION to be filed with the Court using its ECF system, which will send notification to all counsel of record.

Respectfully submitted,

This the 29th day of January, 2016

**TREGO, HINES & LADENHIEM, PLLC**

/s/ Matthew J. Ladenheim
Matthew J. Ladenheim
NC State Bar No. 29309
TREGO HINES & LADENHEIM, PLLC
9300 Harris Corners Parkway Suite 210
Charlotte, North Carolina 28269
Telephone: 704-599-8911
Facsimile: 704-599-8719
E-mail:mjl@thlip.com

*Counsel for Defendants/Counterclaim Plaintiffs*