

# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA

_____ )
)
vs. ) Case No. _____
)
_____ )

## APPLICATION FOR ADMISSION TO PRACTICE PRO HAC VICE

I, _____, am a member in good standing of the bar of this Court. Pursuant to the admission requirements in Local Rule 83.1B I am moving for the pro hac vice admission the following attorney:

**FULL NAME:** _____
**BUSINESS ADDRESS (include firm name):**_____
_____
**CITY:** _____ **STATE:** _____ **ZIP:** _____
**OFFICE TELEPHONE: (**\_\_\_\_\_**)**_____ **FAX NUMBER: (**\_\_\_\_\_**)**_____
**E-MAIL ADDRESS (*required*):**
_____

This attorney will be representing**:**

_____

We certify that:

- The proposed admittee is not a member of the North Carolina bar and does not maintain any law office in North Carolina.
- The proposed admittee has never had a *pro hac vice* admission or admission in any other bar revoked.
- The proposed admittee is a member in good standing of the bars of either the United States Court in: _____, and/or the highest court of the State of _____, and/or the District of Columbia Bar.
- The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.
- The proposed admittee has established or will upon his/her *pro hac vice* admission proceed to immediately establish an ECF account with the Western District of N.C.
- The undersigned movant will serve as co-counsel in these proceedings and will attend all hearings with the proposed admittee unless otherwise permitted by the Court.
- **The $276.00 fee for admission *pro hac vice* is being submitted with the filing of this motion.**

Respectfully submitted,

 /s/: Matthew J. Ladenheim
**Signature:**

_____
**Printed Name**

_____
**Firm**

_____
**Street Address**

_____
**City, State, Zip**

_____
**Telephone Number**

_____
**Fax Number**

_____
**E-Mail Address**

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing APPLICATION FOR ADMISSION TO PRACTICE PRO HAC VICE was served on counsel of record in this matter via ECF/CMF.

This the 5th day of February, 2016

Respectfully submitted,

**TREGO, HINES & LADENHIEM, PLLC**

/s/ Matthew J. Ladenheim
Matthew J. Ladenheim
NC State Bar No. 29309
TREGO HINES & LADENHEIM, PLLC
9300 Harris Corners Parkway Suite 210
Charlotte, North Carolina 28269
Telephone: 704-599-8911
Facsimile: 704-599-8719
E-mail:mjl@thlip.com
*Counsel for Defendants/Counterclaim Plaintiffs*