UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:15-cv-00214-FDW-DSC

| PGI POLYMER, INC., | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | NOTICE OF HEARING |
| CHURCH AND DWIGHT CO., INC., *et al.*, | ) | |
| Defendants. | ) | |

TAKE NOTICE that a hearing on the parties' pending motions for summary judgment (Docs. Nos. 111, 113, 116) will take place on Friday, April 20, at 10:15 a.m. in Courtroom #1-1 of the Charles R. Jonas Federal Building, 401 W. Trade Street, Charlotte, N.C. 28202. The parties' legal arguments shall be limited to twenty (20) minutes per side, and each side may allocate their allotted time between the pending motions as they so decide.

The Court notes the hearing in this matter is scheduled for the same time as the hearing on pending motions for summary judgment in the related, but separate, case of PGI Polymer, Inc. v. Greenbrier Int'l, Inc., 3:15-cv-216. The Court intends to conduct separate oral arguments for each case, beginning with the first-filed case (3:15-cv-214). Because the cases present overlapping legal and factual issues, the Court finds it would be beneficial for all parties to be present for the duration of both hearings.

**IT IS SO ORDERED.**

Frank D. Whitney
Chief United States District Judge