UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:15-cv-00214-FDW-DSC

| | |
|---|---|
| PGI POLYMER, INC., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>CHURCH AND DWIGHT CO., INC., *et al.*, )<br>)<br>Defendants. )<br>)<br>) | AMENDED NOTICE OF HEARING |

THIS MATTER is before the Court *sua sponte* to correct a typographical error in its previous Notice. (Doc No. 119). The hearing on the parties' pending motions for summary judgment (Docs. Nos. 111, 113, 116) will take place on **Wednesday, April 20, at 10:15 a.m.** in Courtroom #1-1 of the Charles R. Jonas Federal Building, 401 W. Trade Street, Charlotte, N.C. 28202.

**IT IS SO ORDERED.**

Signed: March 9, 2016

Frank D. Whitney
Chief United States District Judge