UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:15-cv-00214-FDW-DSC

| | |
|---|---|
| PGI POLYMER, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | ORDER |
| CHURCH AND DWIGHT CO., INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court upon the Joint Motion for Summary Judgment by Defendants Delhaize America, LLC and Southeastern Grocers, LLC (Doc. No. 111), Motion for Summary Judgment by Defendants BI-LO, LLC, Boscov's Department Store, LLC, Church & Dwight Co., Inc., Karmin Group, Karmin Industries, LaMi Products, Inc., Samson Merger Sub, LLC, Winn-Dixie Stores, Inc., X-S Merchandise, Inc. (Doc. No. 113), and Plaintiff's Motion for Summary Judgment (Doc. No. 116). A hearing on the pending Motions was conducted before the undersigned on Wednesday, April 20, 2016. As explained in open Court, genuine disputes of material facts exist in this case.

IT IS, THEREFORE, ORDERED that Defendants' Motions (Doc. Nos. 111, 113) and Plaintiff's Motion (Doc. No. 116) are **DENIED**.

**IT IS SO ORDERED.**

Frank D. Whitney
Chief United States District Judge