UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:15-cv-00214-FDW-DSC

| | |
|---|---|
| PGI POLYMER, INC., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)             NOTICE<br>CHURCH AND DWIGHT CO., INC., *et al*., )<br>)<br>Defendants. )<br>) | |

TAKE NOTICE that this case is scheduled to be tried before a jury on **June 13-15, 2016**, in Courtroom #1-1 of the Charles R. Jonas Federal Building, 401 W. Trade Street, Charlotte, North Carolina, 28202. The final pre-trial conference shall begin **at 9:00 a.m. on Monday, June 13, 2016**. Jury selection shall commence immediately following the conclusion of the final pre-trial conference. Pre-trial submissions, as required by the Case Management Order (Doc. No. 59), are due no later than **Monday, June 6, 2016**.

**IT IS SO ORDERED.**

Signed: April 27, 2016

Frank D. Whitney
Chief United States District Judge