UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| PGI POLYMER, INC., <br><br> Plaintiff, <br><br> v. <br><br> CHURCH & DWIGHT CO., INC. et al. <br><br> Defendants/Counterclaim Plaintiffs. | Civil Action No.: 3:15-CV-0214 (FDW)(DSC) |

## DEFENDANTS' MOTION TO VACATE THE PRELIMINARY INJUNCTION

**COME NOW,** Defendants Church & Dwight Co., Inc., Karmin Industries, Karmin Group and BI-LO, LLC[1] ("Defendants") who respectfully move the Court to lift the preliminary injunction. This case is not extraordinary, and Plaintiff cannot make the requisite "***clear showing***" that it is likely to succeed on the merits. Defendants are entitled to have the taint of a preliminary injunction order lifted.

**WHEREFORE**, Defendants respectfully request that the Court vacate the preliminary injunction.

---

[1] A preliminary injunction was not sought, or obtained against any of the other Defendants in this lawsuit.

This the 27th day of April, 2016

Respectfully submitted,

**COLLEN IP**

/s/ Jeffrey A. Lindenbaum
Jeffrey A. Lindenbaum
*Admitted Pro Hac Vice*
COLLEN IP
The Holyoke-Manhattan Building
80 South Highland Avenue
Ossining, New York 10562
Telephone: (914) 941 5668
Facsimile: (914) 941-6091
E-mail: jlindenbaum@collenip.com


**TREGO, HINES & LADENHEIM, PLLC**

/s/ Matthew J. Ladenheim
Matthew J. Ladenheim
NC State Bar No. 29309
TREGO HINES & LADENHEIM, PLLC
9300 Harris Corners Parkway Suite 210
Charlotte, North Carolina 28269
Telephone: 704-599-8911
Facsimile: 704-599-8719
E-mail:mjl@thlip.com
*Counsel for Defendants/Counterclaim Plaintiffs*

# CERTIFICATE OF SERVICE

I hereby certify that on April 27, 2016, I electronically filed the foregoing "Defendants' Motion to Vacate the Preliminary Injunction" with the Clerk of Court using the CM/ECF system. Service of the same on Plaintiff will be accomplished through the Notice of Electronic Filing, in accordance with LCvR 5.3.

/s/ Matthew J. Ladenheim
Matthew J. Ladenheim
NC State Bar No. 29309
TREGO HINES & LADENHEIM, PLLC
9300 Harris Corners Parkway Suite 210
Charlotte, North Carolina 28269
Telephone: 704-599-8911
Facsimile: 704-599-8719
E-mail: mjl@thlip.com
*Counsel for Defendants/Counterclaim Plaintiffs*