UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:15-cv-00214-FDW-DSC

PGI POLYMER, INC., )
)
    Plaintiffs/Counter Defendants )
)
v. )
)
CHURCH & DWIGHT CO., INC., et al., )
)
    Defendants/Counterclaimants )
)

## JOINT NOTICE OF SETTLEMENT AND MOTION TO STAY

Pursuant to Section 2(c) of the Case Management Order (D.E. 59), the Parties hereby notify the Court that the Parties have reached a settlement of all claims and counterclaims in this matter. The parties have fully signed the final Settlement Agreement and expect to file a formal stipulation of dismissal with the Court no later than 30 days from the date of this filing, once certain actions under the Settlement Agreement have been completed.

Further, pursuant to Section 2(c) of the Case Management Order, the Parties respectfully request entry of an Order nominally dismissing the case without prejudice to the right of any Party to reopen the case should the settlement not be consummated as contemplated.

Respectfully submitted, this 3rd day of June 2016, by:

| | |
|---|---|
| SNEED, PLLC | COLLEN IP |
| /s/ Megan E. Sorokes | /s/ Jeffrey A. Lindenbaum |
| Jason M. Sneed, Esq. (NC Bar No. 29593) | Jeffrey A. Lindenbaum |
| Sarah C. Hsia, Esq., of counsel | *Admitted Pro Hac Vice* |
| *Admitted Pro Hac Vice* | Lisa A. McAndrews |
| Megan Sorokes, Esq. (NC Bar No. 38525) | *Admitted Pro Hac Vice* |
| Charles M. Landrum, Esq., of counsel | Joshua Paul |
| *Admitted Pro Hac Vice* | *Admitted Pro Hac Vice* |
| 610 Jetton St., Suite 120-107 | The Holyoke-Manhattan Building 80 South |
| Davidson, North Carolina 28036 | Highland Avenue Ossining, New York 10562 |
| Tel.: 844-763-3347 | Telephone: (914) 941 5668 |
| Email: JSneed@SneedLegal.com | Facsimile: (914) 941-6091 |
| Sarah@SneedLegal.com | E-mail: jlindenbaum@collenip.com |
| MSorokes@SneedLegal.com | lmcandrews@collenip.com |
| CLandrum@SneedLegal.com | jpaul@collenip.com |

TREGO HINES & LADENHEIM, PLLC

/s/ Matthew J. Ladenheim
Matthew J. Ladenheim
NC State Bar No. 29309
9300 Harris Corners Parkway Suite 210
Charlotte, North Carolina 28269
Telephone: 704-599-8911
Facsimile: 704-599-8719
E-mail:mjl@thlip.com
*Counsel for Defendants /Counterclaim Plaintiffs*

# CERTIFICATE OF SERVICE

I hereby certify that on June 3, 2016, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following counsel of record for Defendants:

COLLEN IP
Jeffrey A. Lindenbaum
*Admitted Pro Hac Vice*
Lisa A. McAndrews
*Admitted Pro Hac Vice*
Joshua Paul
*Admitted Pro Hac Vice*
The Holyoke-Manhattan Building
80 South Highland Avenue
Ossining, New York 10562
Telephone: (914) 941 5668
Facsimile: (914) 941-6091
E-mail: jlindenbaum@collenip.com
lmcandrews@collenip.com
jpaul@collenip.com

TREGO HINES & LADENHEIM, PLLC
Matthew J. Ladenheim
NC State Bar No. 29309
9300 Harris Corners Parkway Suite 210
Charlotte, North Carolina 28269
Telephone: 704-599-8911
Facsimile: 704-599-8719
E-mail:mjl@thlip.com

*Counsel for Defendants /Counterclaim Plaintiffs*

    SNEED, PLLC
    /s/ Megan E. Sorokes
    Megan E. Sorokes
    610 Jetton St., Suite 120-107
    Davidson, North Carolina, 28036
    Tel: (844) 763-3347
    MSorokes@SneedLegal.com
    *Attorney for Plaintiff*