UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:15-cv-00214-FDW-DSC

| | |
|---|---|
| PGI POLYMER, INC., | ) |
| Plaintiffs/Counter Defendants | ) |
| v. | ) |
| CHURCH & DWIGHT CO., INC., et al., | ) |
| Defendants/Counterclaimants | ) |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff PGI Polymer, Inc. ("PGI"), and each of the Defendants, namely Karmin Industries, Karmin Group, Church & Dwight Co., Inc., LaMi Products, Inc., Bi-Lo, LLC, Southeastern Grocers, LLC, Winn-Dixie Stores, Inc., Samson Merger Sub, LLC, Boscov's Department Store, LLC, X-S Merchandise, Inc. and Delhaize America, LLC (collectively, "Defendants"), by and through their respective counsel, and having entered into a Settlement and Release Agreement on June 3, 2016 resolving their respective claims and potential claims in this action, hereby stipulate, pursuant to Rule 41(a)(1)(A)(ii), to the dismissal of the above-referenced action and all claims and counterclaims that were or could have been raised herein, with prejudice, and with each party bearing its own costs and fees.

WHEREFORE, the parties hereby dismiss with prejudice the above-captioned action and all claims and counterclaims that were or could have been raised herein.

Dated: June 6, 2016

SNEED, PLLC

/s/ Megan E. Sorokes
Jason M. Sneed, Esq. (NC Bar No. 29593)
Sarah C. Hsia, Esq., of counsel
*Admitted Pro Hac Vice*
Megan Sorokes, Esq. (NC Bar No. 38525)
Charles M. Landrum, Esq., of counsel
*Admitted Pro Hac Vice*
610 Jetton St., Suite 120-107
Davidson, North Carolina 28036
Tel.: 844-763-3347
Email: JSneed@SneedLegal.com
Sarah@SneedLegal.com
MSorokes@SneedLegal.com
CLandrum@SneedLegal.com

COLLEN IP

/s/ Jeffrey A. Lindenbaum
Jeffrey A. Lindenbaum
*Admitted Pro Hac Vice*
Lisa A. McAndrews
*Admitted Pro Hac Vice*
Joshua Paul
*Admitted Pro Hac Vice*
The Holyoke-Manhattan Building 80 South
Highland Avenue Ossining, New York 10562
Telephone: (914) 941 5668
Facsimile: (914) 941-6091
E-mail: jlindenbaum@collenip.com
lmcandrews@collenip.com
jpaul@collenip.com


TREGO HINES & LADENHEIM, PLLC

/s/ Matthew J. Ladenheim
Matthew J. Ladenheim
NC State Bar No. 29309
9300 Harris Corners Parkway Suite 210
Charlotte, North Carolina 28269
Telephone: 704-599-8911
Facsimile: 704-599-8719
E-mail:mjl@thlip.com
*Counsel for Defendants /Counterclaim Plaintiffs*

# CERTIFICATE OF SERVICE

I hereby certify that on June 6, 2016, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following counsel of record for Defendants:

COLLEN IP
Jeffrey A. Lindenbaum
*Admitted Pro Hac Vice*
Lisa A. McAndrews
*Admitted Pro Hac Vice*
Joshua Paul
*Admitted Pro Hac Vice*
The Holyoke-Manhattan Building
80 South Highland Avenue
Ossining, New York 10562
Telephone: (914) 941 5668
Facsimile: (914) 941-6091
E-mail: jlindenbaum@collenip.com
lmcandrews@collenip.com
jpaul@collenip.com

TREGO HINES & LADENHEIM, PLLC
Matthew J. Ladenheim
NC State Bar No. 29309
9300 Harris Corners Parkway Suite 210
Charlotte, North Carolina 28269
Telephone: 704-599-8911
Facsimile: 704-599-8719
E-mail:mjl@thlip.com

*Counsel for Defendants /Counterclaim Plaintiffs*

    SNEED, PLLC
    /s/ Megan E. Sorokes
    Megan E. Sorokes
    610 Jetton St., Suite 120-107
    Davidson, North Carolina, 28036
    Tel: (844) 763-3347
    MSorokes@SneedLegal.com
    *Attorney for Plaintiff*